**Subject:** U.S. Bankruptcy Court, District of Massachusetts - Undeliverable Notice, In re: Sean Doyle, Case Number: 18-40399, edk, Ref: [p-118657461]

**From:** USBankruptcyCourts@noticingcenter.com

**Date:** 3/14/2018 12:13 PM

**To:** wendymeadpc@verizon.net

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

March 15, 2018

From: United States Bankruptcy Court, District of Massachusetts

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Sean Doyle, Case Number 18-40399, edk

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**Worcester**
**U. S. Bankruptcy Court**
**595 Main Street**
**Worcester, MA 01608**

Undeliverable Address:
Seterus
PO Box 2008
Grand Rapids, MI 49501

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Seterus
PO Box 1077
Hartford, CT 06143-1077

Signature of Debtor or Debtor's Attorney                    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Attachments:

B_P41840399309iauto0038.PDF                    11.9 KB