# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

IN RE:

**SEAN DOYLE**                                  **Chapter 13**
                                                **Case no. 18-40399-EDK**

### DEBTOR'S RESPONSE TO THE MOTION FOR RELIEF FROM STAY

NOW COMES the Debtor, Sean Doyle, to respond to the Motion for Relief filed by Federal National Mortgage Association. The Debtor responds as follows:

1. Based upon information and belief the Debtor admits the statements contained in Paragraph 1.
2. The Debtor admits the statements contained in Paragraph 2.
3. The Debtor admits the statements contained in Paragraph 3.
4. The Debtor admits the statements contained in Paragraph 4.
5. The Debtor admits the statements contained in Paragraph 5.
6. The Debtor admits the statements contained in Paragraph 6.
7. The Debtor admits the statements contained in Paragraph 7.
8. Based upon information and belief the Debtor admits the statements contained in Paragraph 8.
9. The Debtor admits the statements contained in Paragraph 9.
10. The Debtor admits the statements contained in Paragraph 10.
11. The Debtor admits the statements contained in Paragraph 11.
12. The Debtor admits the statements contained in Paragraph 12.
13. The Debtor admits the statements contained in Paragraph 13.
14. The Debtor admits the statements contained in Paragraph 14.
15. The Debtor admits the statements contained in Paragraph 15.
16. Based upon information and belief the Debtor admits the statements contained in Paragraph 16.
17. The Debtor admits the statements contained in Paragraph 17.
18. The Debtor admits the statements contained in Paragraph 18.
19. The Debtor admits the statements contained in Paragraph 19. The Debtor further responds that he has submitted a Modification Request and is awaiting a response to that application. In the event that the Modification Request is denied the Debtor will work with the lender to consider all options, including conversion to a Chapter 7, a deed in lieu of foreclosure, and all other available options.

WHEREFORE, the Debtor requests that this Honorable Court deny this Motion for Relief.

Respectfully Submitted,
Sean Doyle,
By his attorney,

/s/ *Wendy M. Mead*
Wendy M. Mead
BBO 635333
Wendy M. Mead, PC
11 Pleasant Street, ste 30
Worcester, MA  01609
T (508) 751-0200
F (508) 751-0201
wmead@meadlawoffice.com

## CERTIFICATE OF SERVICE

I, Wendy M. Mead, hereby certify that, on July 16, 2018, I served a true and correct copy of the foregoing document by first class mail, postage prepaid, unless otherwise noted, upon each of the parties on the attached list not noted as having received electronic notice on the electronic filing receipt.

/s/ *Wendy M. Mead*
Wendy M. Mead

Office of the United States Trustee
446 Main Street
Worcester, MA  01608

Chapter 13 Trustee
PO Box 16607
Worcester, MA  01601

Sean Doyle
39 Hubbardston Road
Princeton, MA  01541

Harmon Law Offices
PO Box 610389
Newton Highlands, MA  02461

Associated Credit Services, Inc.
PO Box 5171
Westborough, MA 01581

Boston Childrens Hospital
PO Box 415286
Boston, MA 02241

Capital One
PO Box 71083
Charlotte, NC 28272

Clinton Hospital
PO box 416120
Boston, MA 02241

CMRE Financial
3075 E Imperial Hwy #200
Brea, CA 92821

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Erban, Elizabeth, MD
328 Shrewsbury Street
Worcester, MA 01604

First National Bank
500 E 60th Street N
Sioux Falls, SD 57104

First Premier Bank
PO Box 5529
Sioux Falls, SD 57117

GM Financial
PO Box 181145
Arlington, TX 76096

Gragil Associates
PO Box 1010
Pembroke, MA 02359

Harmon Law Offices
150 California Street
Newton, MA 02458

Holden Pediatrics
52 Boyden Road
206
Holden, MA 01520

```
IC Systems
PO Box 64437
St Paul, MN 55164

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Miraca Life Sciences
c/o AMCA
PO Bpx 1235
Elmsford, NY 10523

Peter Roberts & Associates
231 E Main Street
Milford, MA 01757

Princeton Municipal Light Dept.
PO Box 247
Princeton, MA 01541

Receivables Outsourcing, LLC
PO Box 62850
Baltimore, MD 21264

Reliant Medical
PO Box 55471
Boston, MA 02205

Seterus
PO Box 2008
Grand Rapids, MI 49501

St. Vincents Hospital
PO Box 3385
Boston, MA 02241

Steling Dental Group
c/o Peter Roberts & Assoc.
231 E Main Street, ste 201
Milford, MA 01757

Surgi Care, Inc.
c/o Gragil Associates
PO Box 1010
Pembroke, MA 02359

Synergetic Communication, Inc.
5450 NW Central #220
Houston, TX 77092

TD Bank / Target
PO Box 673
Minneapolis, MN 55440
```

```
Toyota Financial Services
PO Box 4102
Carol Stream, IL 60197

UMass Memorial Medical Center
PO Box 415366
Boston, MA 02241

Urgent Care of Holden
5 Shrewsbury Street, ste D
Holden, MA 01520
```