UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

IN RE:

Sean Doyle,

Debtor.

Case No. 18-40399-EDK
Chapter 13

### Order Granting Federal National Mortgage Association Relief From The Automatic Stay and Leave to Foreclose Mortgage

This matter has come before the Court, and after full consideration, and no objection having been filed after proper notice, it is hereby ordered that Federal National Mortgage Association, its Successors and/or Assigns, Motion for Relief From Automatic Stay is hereby granted and the stay imposed by 11 U.S.C. §362 and/or 11 U.S.C. §1301 is hereby terminated and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Sean M. Doyle and Hilary A. Doyle to Mortgage Electronic Registration Systems, Inc., as nominee for Stonebridge Mortgage Company, LLC, dated March 30, 2007. Said mortgage is recorded in the Worcester County (Worcester District) Registry of Deeds at Book 40915, Page 88 as modified by a certain modification agreement recorded with said Worcester County (Worcester District) Registry of Deeds at Book 52269, Page 1 and covering the premises located at <u>39 Hubbardston Rd, Princeton, MA 01541</u>. Federal National Mortgage Association, its Successors and/or Assigns, may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, eviction proceedings, as are permissible by law, all as set forth in its Motion.

*Elizabeth D. Katz*     08/31/2018
_____
Honorable Elizabeth D. Katz
United States Bankruptcy Judge

18-40399-EDK



1